ACCEPTED
05-15-00750-CR
FIFTH COURT OF APPEALS
DALLAS, TEXAS
6/22/2015 12:00:00 AM
LISA MATZ
CLERK

Appellate Docket Number: 05-15-00750-CR

Appellate Case Style: Style: Michael Anderson

Vs. State of Texas

Companion Case:

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
6/21/2015 12:27:21 PM
LISA MATZ
Clerk

Amended/corrected statement: ☐

# DOCKETING STATEMENT (Criminal)

Appellate Court: 5th Court of Appeals

(to be filed in the court of appeals upon perfection of appeal under TRAP 32)

| I. Appellant | II. Appellant Attorney(s) |
|---|---|
| First Name: Michael | ☐ Lead Attorney |
| Middle Name: | First Name: April |
| Last Name: Anderson | Middle Name: E. |
| Suffix: | Last Name: Smith |
| Appellant Incarcerated? ☒ Yes ☐ No | Suffix: |
| Amount of Bond: | ☒ Appointed     ☐ District/County Attorney |
| Pro Se: ○ | ☐ Retained     ☐ Public Defender |
| | Firm Name: |
| | Address 1: P.O. Box 870550 |
| | Address 2: |
| | City: Mesquite |
| | State: Texas     Zip+4: 75187-0550 |
| | Telephone: 972-613-5751     ext. |
| | Fax: 972-686-4714 |
| | Email: april@aesmithlaw.com |
| | SBN: 18532800 |
| | Add Another Appellant/ Attorney |

| III. Appellee | IV. Appellee Attorney(s) |
|---|---|
| First Name: State of Texas | ☒ Lead Attorney |
| Middle Name: | First Name: Susan |
| Last Name: | Middle Name: |
| Suffix: | Last Name: Hawk |
| Appellee Incarcerated? ☐ Yes ☐ No | Suffix: |
| Amount of Bond: | ☐ Appointed    ☒ District/County Attorney |
| Pro Se: ◯ | ☐ Retained    ☐ Public Defender |
| | Firm Name: Dallas County District Attorney's Office |
| | Address 1: 133 N. Riverfront Blvd. |
| | Address 2: |
| | City: Dallas |
| | State: Texas                Zip+4: 75207-4313 |
| | Telephone: 214-653-3600         ext. |
| | Fax: 214-653-3643 |
| | Email: michael.casillas@dallascounty.org |
| | SBN: 00794284    [Add Another Appellee/Attorney] |

## V. Perfection Of Appeal, Judgment And Sentencing

| | |
|---|---|
| Nature of Case (Subject matter or type of case): Sex Offenses | Was the trial by: ☒ jury or ☐ non-jury? |
| Type of Judgment: Jury Trial | Date notice of appeal filed in trial court: June 3, 2015 |
| Date trial court imposed or suspended sentence in open court or date trial court entered appealable order: June 3, 2015 | If mailed to the trial court clerk, also give the date mailed : |
| Offense charged: Aggravated Sexual Assault | Punishment assessed: 30 years |
| Date of offense: April 19, 2014 | Is the appeal from a pre-trial order? ☐ Yes ☒ No |
| Defendant's plea: Not Guilty | Does the appeal involve the constitutionality or the validity of a statute, rule or ordinance? |
| If guilty, does defendant have the trial court's certificate to appeal? ☒ Yes ☐ No | ☐ Yes ☒ No |

## VI. Actions Extending Time To Perfect Appeal

Motion for New Trial: ☒ Yes ☐ No    If yes, date filed: June 3, 2015

Motion in Arrest of Judgment: ☐ Yes ☒ No    If yes, date filed:

Other: ☐ Yes ☒ No                If yes, date filed:

If other, please specify:

## VII. Indigency Of Party: (Attach file-stamped copy of motion and affidavit)

Motion and affidavit filed: ☒ Yes ☐ No ☐ NA    If yes, date filed: June 3, 2015

Date of hearing:                ☒ NA

Date of order:                ☒ NA

Ruling on motion: ☒ Granted ☐ Denied ☐ NA    If granted or denied, date of ruling: June 3, 2015

## VIII. Trial Court And Record

Court: 282nd Judicial District Court

County: Dallas

Trial Court Docket Number (Cause no): F14-23772-S

Trial Court Judge (who tried or disposed of the case):

First Name: Amber

Middle Name:

Last Name: Davis-Givens

Suffix:

Address 1: 133 N. Riverfront Blvd.

Address 2:

City:

State: Texas　　　　　　　　Zip + 4: 75207

Telephone: 214-653-5952　　ext.

Fax:

Email:

Clerk's Record:

Trial Court Clerk: ☒ District　☐ County

Was clerk's record requested?　☒ Yes　☐ No

If yes, date requested: Jun 8, 2015

If no, date it will be requested:

Were payment arrangements made with clerk?

☐ Yes　☐ No　☒ Indigent

---

Reporter's or Recorder's Record:

Is there a reporter's record?　☒ Yes　☐ No

Was reporter's record requested?　☒ Yes　☐ No

Was the reporter's record electronically recorded?　☐ Yes　☒ No

If yes, date requested: Jun 8, 2015

Were payment arrangements made with the court reporter/court recorder?　☐ Yes　☐ No　☒ Indigent

---

☒ Court Reporter　　　☐ Court Recorder
☒ Official　　　　　　☐ Substitute

First Name: Unknown

Middle Name:

Last Name:

Suffix:

Address 1: 133 N Riverfront Blvd.

Address 2:

City: Dallas

State: Texas　　　　　　　　Zip + 4: 75207-4313

Telephone: 214-653-5853　　ext.

Fax:

Email:

## 1X. Related Matters

List any pending or past related appeals before this or any other Texas appellate court by court, docket number, and style.

Docket Number:                                                    Court:

Style:

     Vs.    State of Texas

## X. Signature

_____

Signature of counsel (or Pro Se  Party)                 Date:   June 21, 2015

_____

                                State Bar No: 18532800

Printed Name:

Electronic Signature:  /s/ April E. Smith              Name:  April E. Smith

      (Optional)

## XI. Certificate of Service

The undersigned counsel certifies that this docketing statement has been served on the following lead counsel for all parties to the trial court's order or judgment as follows on  June 21, 2015                         .

_____

Signature of counsel (or pro se party)          Electronic  Signature: /s/ April E. Smith

                               (Optional)

                        State Bar No.:    185328100

Person Served:

Certificate of Service Requirements (TRAP 9.5(e)): A certificate of service must be signed by the person who made the service and must state:

                   (1) the date and manner of service;

                   (2) the name and address of each person served, and

                   (3) if the person served is a party's attorney, the name of the party represented by that attorney

Please enter the following for each person served:

Date Served: June 21, 2015

Manner Served: eServe

First Name: Lori

Middle Name:

Last Name: Ordiway

Suffix:

Law Firm Name: Dallas County District Attorney's Office

Address 1: 133 N. Riverfront Blvd.

Address 2:

City: Dallas

State Texas                    Zip+4: 75207-4313

Telephone: 214-653-3625          ext.

Fax: 214-653-3643

Email: lori.ordiway@dallascounty.org

Ver. 1.0.0  7/12